# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANGELICA LEROY, CURTIS SMITH, AND LORETTA SMITH, <br><br> Plaintiffs, <br><br> v. <br><br> SUNTRUST BANK, INC., <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:18-CV-2200-MHC |

## ORDER

This case comes before the Court on Defendant SunTrust Banks, Inc. ("SunTrust")'s Motion to Compel Arbitration and to Stay [Doc. 8] ("Mot. to Compel"). SunTrust argues that Plaintiffs' claims arise out of deposit accounts maintained at SunTrust which are governed by a deposit agreement, to which all Plaintiffs agreed to be bound. SunTrust's Mem. of Law in Supp. of its Mot. to Compel [Doc. 8-1] ("SunTrust's Br.") at 3-5. SunTrust maintains that the deposit agreement includes a valid contractual arbitration agreement which is enforceable under the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1, *et seq.* (2012). Id. at 5-7.

Plaintiffs have not responded to SunTrust's Motion to Compel. See Kramer v. Gwinnett Cty., 306 F. Supp. 2d 1219, 1221 (N.D. Ga. 2004) ("a party's failure

to respond to any portion or claim in a motion indicates such portion, claim or defense is unopposed"); LR 7.1B, NDGa. ("Failure to file a response shall indicate that there is no opposition to the motion."). The Court finds that Plaintiffs entered a contract with SunTrust when they opened their deposit accounts and that they are therefore bound by the arbitration agreement contained therein.

For the foregoing reasons, it is hereby **ORDERED** that SunTrust's Motion to Compel Arbitration and to Stay [Doc. 8] is **GRANTED**. It is further **ORDERED** that this action is **STAYED** and shall be **ADMINISTRATIVELY CLOSED** pending completion of arbitration pursuant to the terms of the arbitration provision in this case. The parties shall notify the Court upon completion of arbitration, and either party shall have the right to move to reopen this case to resolve any remaining issues of contention.

**IT IS SO ORDERED** this 27th day of June, 2018.

_____
MARK H. COHEN
United States District Judge